UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ADRIAN McCAIN,

                        Plaintiff,              **ORDER**

    v.

                                               **09-CV-262F**

NURSE KATHERN WALSH,

                        Defendant.

      By papers filed October 29, 2009 (Doc. No. 10), Plaintiff moves for assignment of counsel. However, as Plaintiff was denied *in forma pauperis* status on June 6, 2009 by order of Hon. Charles J. Siragusa (Doc. No. 7), this court lacks authority to assign counsel pursuant to 21 U.S.C. § 1915(e)(1). *See Cochran v. Thomaides,* 2006 WL 2689579 *2 (Sep't 19, 2006 N.D.N.Y.) (assignment of counsel unavailable to *pro se* civil rights plaintiff absent granting plaintiff *in forma pauperis* status). Plaintiff has not renewed his request for *in forma pauperis* status. Accordingly, Plaintiff's motion for assignment of counsel is DENIED without prejudice.

SO ORDERED.

                                                       /s/ *Leslie G. Foschio*
                                            _____
                                               LESLIE G. FOSCHIO
                                     UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2010
       Buffalo, New York

      PLAINTIFF IS ADVISED THAT ANY APPEAL OF THIS DECISION AND ORDER MUST BE TAKEN BY FILING WRITTEN OBJECTION WITH THE CLERK OF COURT **NOT LATER THAN 14 DAYS** AFTER SERVICE OF THIS DECISION AND ORDER IN ACCORDANCE WITH FED.R.CIV.P. 72(a).